UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOE D. DENSBERGER and CHRISTIE M. DENSBERGER, | : | BANKRUPTCY #15-00234-S |
| | : | AMENDED SCHEDULES I AND J AND MODIFIED CHAPTER 13 |
| Debtors. | : | PLAN |

COME NOW the above-named Debtors and submit the following Amended Schedules I and J and Modified Chapter 13 Plan attached hereto.

Respectfully submitted,

/s/ Wil L. Forker
Wil L. Forker 1707
701 Pierce St., Ste. 303
Sioux City, IA 51101
712/252-1395
ATTORNEY FOR DEBTORS

I, Joe D. Densberger, and I, Christie M. Densberger, declare under penalty of perjury that I have read the foregoing amendment consisting of one page, and it is true and correct to the best of my knowledge, information and belief.

Executed on this _22_ day of September, 2015.

X _____          X _____
Joe D. Densberger                          Christie M. Densberger

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOE D. DENSBERGER and CHRISTIE M. DENSBERGER, | : | BANKRUPTCY #15-00234-S |
| Debtors. | : | MODIFIED CHAPTER 13 PLAN |

COME NOW the Debtors above named and hereby propose the following modified plan:

Debtors have paid $1466.00 to date. Debtors will resume payments of $159.05 in September, 2015, for 47 months, then $559.05 for 8 months.

This plan cures any previous arrearage in payments through August, 2015, to the chapter 13 trustee under any prior plan filed in this case, and Debtors are deemed current as of August 31, 2015.

All other terms of the plan confirmed on 7/29/15 remain unchanged.

WHEREFORE, Debtors propose to amend the plan as set forth above and provide for 47 monthly payments of $159.05 beginning September, 2015, and increasing to $559.05 for 8 months, until the completion of the 60-month plan, subject to notice to all creditors and approval by the court.

Respectfully submitted,

/s/ Wil L. Forker
Wil L. Forker 1707
701 Pierce St., Ste. 303
Sioux City, IA 51101
712/252-1395
ATTORNEY FOR DEBTORS

DATED: 9/22/15

/s/ Joe D. Densberger
JOE D. DENSBERGER, DEBTOR

/s/ Christie M. Densberger
CHRISTIE M. DENSBERGER, DEBTOR