United States Bankruptcy Court
Northern District of Iowa

In re:  
Joe D. Densberger  
Christie M. Densberger  
     Debtors

Case No. 15-00234-TJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-5     User: admin     Page 1 of 1     Date Rcvd: Aug 12, 2020  
                       Form ID: 3180W     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
```
db/jdb         +Joe D. Densberger,   Christie M. Densberger,   P.O. Box 293,   Elk Point, SD 57025-0293
2032138         Credit Collection Services, Inc.,   701 Douglas Ave.,   Yankton, South Dakota 57078-3529
2032143        +Telco Triad Comm. Credit Union,   1420 Tri View Ave.,   Sioux City, Iowa 51103-5212
2032144        +WOW,   5100 S. Broadband Lane,   Sioux Falls, SD 57108-2207
2032145        +Yankton Medical Clinic,   1104 W. 8th Street,   Yankton, SD 57078-3306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2032137        +E-mail/Text: ebn@aaa-coll.com Aug 12 2020 23:01:12      AAA Collections, Inc.,   P.O. Box 881,
                 Sioux Falls, South Dakota 57101-0881
2032140         E-mail/Text: electronicbkydocs@nelnet.net Aug 12 2020 23:01:12      Nelnet,   P.O. Box 17460,
                 Denver, Colorado 80217-0460
2038775         EDI: NEXTEL.COM Aug 13 2020 03:03:00      Sprint Corp.,   Attn: Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
2033470        +E-mail/Text: electronicbkydocs@nelnet.net Aug 12 2020 23:01:12      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
2032139        ##+Liberty National Bank,   113 Military Road,   N. Sioux City, SD 57049-3088
2032141        ##+Noll Collection Service,   705 Douglas St., Ste. 344,   Sioux City, Iowa 51101-1016
2032142        ##+North American Title Loans, Inc.,   1242 River Dr.,   N. Sioux City, South Dakota 57049-3009
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
```
              Carol F. Dunbar    ssteffen@iowachapter13.com, cdunbar13@ecf.epiqsystems.com,
               mweber@iowachapter13.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
              Wilford L Forker    on behalf of Joint Debtor Christie M. Densberger forkerlaw@gmail.com
              Wilford L Forker    on behalf of Debtor Joe D. Densberger forkerlaw@gmail.com
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joe D. Densberger | Social Security number or ITIN xxx–xx–0156 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Christie M. Densberger | Social Security number or ITIN xxx–xx–2072 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Iowa | | |
| Case number:   15–00234 | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joe D. Densberger                      Christie M. Densberger
                                                     dba day care

   8/12/20                                            **By the court:** Thad J. Collins
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**